# DAVID M. HOFFMAN
## COUNSELLOR AT LAW

28 COUNTRYSIDE DRIVE
BASKING RIDGE, N.J. 07920
(908) 608-0333
E-MAIL: DHOFFMAN@DAVID-HOFFMAN-ESQ.COM

November 7, 2017

Honorable Cathy L. Waldor, U.S.M.J.
M.L.King, Jr., Federal Building & Courthouse
Room 4040
50 Walnut Street
Newark, New Jersey  07102

Re: Matute v AA Action, Bender, and Bank v Stern, Thomasson
    Case Number: 2:16-cv-08863-WHW-CLW

Dear Judge Waldor:

On behalf of Defendants and Third Party Plaintiffs, and due to unforeseen emergent circumstances; we are compelled to respectfully request an adjournment of the conference scheduled in the above matter for November 14, 2017 at 1:30 PM.  Subject to adversary Counsel, any adjourned date during the week of November 20 or after November 29 would be feasible.

Counsel for Plaintiff and Third Party Defendants do not object to this application.

We have been on trial[1] in Morristown before Judge Frank J. Deangelis since October 23, 2017.[2]  On November 2nd I requested from Judge Deangelis a break in the trial for the afternoon of November 14 in order to be able to attend the conference before your Honor in Newark.  Judge Deangelis replied that he was unable to grant my request, and suggested that your Honor telephone him if that created a problem.[3]

I delayed making this request because settlement of the case being tried, on-going between November 2 and November 6, seemed certain until settlement negotiations collapsed yesterday.

Respectfully yours,

David M. Hoffman

DMH/m – CC: Stern Thomasson, LLP

---

[1] Hoffman and Renieris v Bock v Thira Trade, N.J. Superior Court,
   Docket No. MRS-L-2186-13
[2] The jury trial has been scheduled for Oct. 23-26, 30-31, Nov. 1-2, 13-16, and 27-29.
[3] Judge Deangelis' telephone number is (973) 579-1668