Philip D. Stern
Andrew T. Thomasson, Esq.
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, New Jersey 07081-1315
(973) 379-7500

*Attorneys for Plaintiffs, Jorge Matute and Doris Matute, and Third-Party Defendants, Stern Thomasson LLP, Philip D. Stern, Esq. and Andrew T. Thomasson, Esq.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE MATUTE and DORIS MATUTE, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>*vs.*<br><br>A.A. ACTION COLLECTION CO., INC.; JAMES BENDER, ESQ.; TODD BANK; and JOHN DOES 1-10,<br><br>Defendants, Counterclaimants, and Third-Party Plaintiffs<br><br>*vs.*<br><br>PHILIP D. STERN, ESQ.; ANDREW T. THOMASSON, ESQ.; and STERN, THOMASSON, LLC,<br><br>Third-Party Defendants. | Case No.: 2:16-cv-08863-WHW-CLW<br><br><br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON THE COUNTERCLAIM AND THIRD-PARTY COMPLAINT** |

Please take notice that on Monday, May 7, 2018 at 10:00 A.M., or at such other time as counsel may be heard, the undersigned attorneys for Plaintiffs, Jorge

Matute and Doris Matute, and Third-Party Defendants, Stern, Thomasson, LLC[1], Philip D. Stern, Esq., and Andrew T. Thomasson, Esq. will jointly move this Court for an Order Entering Summary Judgment on the Counterclaim and Third-Party Complaint.

Respectfully submitted,

*Representing Plaintiffs, Jorge Matute and Doris Matute, and Third-Party Defendants, Stern Thomasson LLP and Andrew T. Thomasson, Esq.*

Dated: April 13, 2018

s/Philip D. Stern
Philip D. Stern

Respectfully submitted,

*Representing Plaintiffs, Jorge Matute and Doris Matute, and Third-Party Defendants, Stern Thomasson LLP and Philip D. Stern, Esq.*

Dated: April 13, 2018

s/Andrew T. Thomasson
Andrew T. Thomasson

---

[1] Stern Thomasson LLP is erroneously sued herein as "Stern, Thomasson, LLC".