**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| MATUTE et al.,<br><br>     Plaintiffs,<br><br> vs.<br><br>A.A. ACTION COLLECTION COMPANY,<br>INC. et al.,<br><br>     Defendants. | Civil Action No. 16-cv-08863 (CLW)<br><br>**<u>ORDER</u>** |

**THIS MATTER**, comes before this Court by Plaintiffs/Counterclaim-Defendants, Jorge

Matute and Doris Matute, as well as by Third-Party Defendants, Stern Thomasson, LLC, Philip D.

Stern, Esq., and Andrew T. Thomasson, Esq. Motion for Summary Judgement pursuant to Federal

Rule of Civil Procedure 56 with respect to the Counterclaim and Third-Party Complaint.  (See

ECF No. 13.)  This Court having considered the parties' submissions, for the reasons state in this

Court's Letter Opinion dated July 3, 2018,

  **IT IS** on this 3rd day of July, 2018

**ORDERED** that Plaintiffs' and Third-Party Defendants' Motion for Summary Judgement is

  **GRANTED**.

        <u>s/ Cathy L. Waldor</u>
        **CATHY L.WALDOR**
        **UNITED STATES MAGISTRATE JUDGE**